## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13CR00095-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOEL A. AFFLECK, | ) | |
| | ) | |
| Defendant. | ) | |

      This matter was heard on March 21, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Edward G. Bryan.

      The violation report was referred to Magistrate Judge Nancy A. Vecchiarelli who issued a Report and Recommendation on March 4, 2016 [Doc. 41]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

        1) failure to attend drug aftercare program;

        2) failure to report to the probation office as directed;

        3) failure to pay restitution.

      The Court found the violations to be Grade C and that defendant was a Criminal History Category III. The Court, after considering the recommendations of counsel, committed the defendant to the custody of the Bureau of Prisons for a term of 5 months with credit for time

served on the instant violation. Upon release from incarceration, defendant's term of federal supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**

Dated: March 21, 2016                                    *s/    James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE